No. 87–1710. BRANSON v. LOS ANGELES COUNTY CIVIL SERVICE COMMISSION ET AL. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.

No. 87–1734. JOHN R. P. v. DEBRA L. B. Appeal from Ct. App. Cal., 5th App. Dist., dismissed for want of substantial federal question.

No. 87–1728. GERMANTOWN SAVINGS BANK ET AL. v. CITY OF PHILADELPHIA. Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction.

No. 86–2035. CHESAPEAKE & OHIO RAILWAY CO. v. ALDRIDGE ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Monessen Southwestern R. Co.* v. *Morgan, ante,* p. 330.

No. 87–417. WILLOUGHBY v. CENTRAL ILLINOIS LIGHT CO. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lingle* v. *Norge Division of Magic Chef, Inc., ante,* p. 399.

No. 87–723. DOUGHERTY v. PARSEC, INC., ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lingle* v. *Norge Division of Magic Chef, Inc., ante,* p. 399.

No. 87–851. CLARK ET AL. v. MOMENCE PACKING CO. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lingle* v. *Norge Division of Magic Chef, Inc., ante,* p. 399.

No. 87–859. MARTIN v. CARLING NATIONAL BREWERIES, INC., ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lingle* v. *Norge Division of Magic Chef, Inc., ante,* p. 399.